```
                                              FILED BY _____ D.C.
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE   05 OCT 31 AM 6: 51
                   WESTERN DIVISION
                                                THOMAS M. GOULD
                                                CLERK, U.S. DISTRICT COURT
                                                W/D OF TN MEMPHIS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 04-20510-Ma |
| | ) | |
| CHRISTOPHER CAVALLO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause came on for a report date on September 23, 2005. Counsel requested a continuance of the trial date in order to allow for additional preparation in the case and due to the unavailability of defense counsel during November rotation.

The Court granted the request and continued the trial to the rotation docket beginning December 5, 2005 at 9:30 a.m., with a report date of Wednesday, November 23, 2005 at 2:00 p.m.

The period from September 23, 2005 through December 16, 2005 is excludable under 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(8)(A)(iv) because the interests of justice in allowing additional time to prepare and continuity of defense counsel outweigh the need for a speedy trial.

IT IS SO ORDERED this __28th__ day of October, 2005.

```
                              _____
                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE
```

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __11-2-05__.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CR-20510 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark S. McDaniel
LAW OFFICE OF MARK S. MCDANIEL
243 Exchange Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT