IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 DEC 21 PM 1:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

UNITED STATES OF AMERICA,

VS.                                NO. 04-20510-Ma

CHRISTOPHER CAVALLO,

    Defendant.

---

ORDER CONDITIONALLY WAIVING APPEARANCE AT REPORT DATE

---

On December 19, 2005, counsel for defendant Christopher Cavallo filed a motion to waive the appearance of the defendant at the report date scheduled on December 23, 2005. For good cause shown, the motion is granted and the appearance of the defendant is waived on the condition that counsel file with the court a written waiver signed by the defendant. Counsel shall file the required written waiver immediately upon its receipt.

It is so ORDERED this 20th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-22-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20510 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Mark S. McDaniel
LAW OFFICE OF MARK S. MCDANIEL
243 Exchange Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT